Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

LARRY DEAN DAVIDSON & JOYCELYNN GRAY DAVIDSON

CASE NO. 10-70013-HDH-13

AKA1:                                         AKA2:
DBA1:                                         DBA2:
SS#1:  xxx-xx- 2379                           SS#2:  xxx-xx- 1850

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:   2/9/2010  Orig. Time:   1:00 PM          Reset Date:              Reset Time:

B. Meeting Results:   Adjourned

C. Debtor(s):   Debtor 1 Appeared          Debtor 2 Appeared

D. Attorney for Debtor(s):   Appeared

E. Creditor Appearance:   None

F. Amount Paid to the Trustee as of        2/9/2010     $220.00      First Payment Due Date:     2/13/2010

G. File Trustee's Motion to Dismiss because

H. B22C Information:        B22C Form is:        Incomplete

Budgeted Income:     $4,633.33     Expense:      $4,413.33     Surplus:     $220.00

Plan Payment:   $220.00  Monthly                              Plan Term(Months):   60

I. Value of Non-Exempt Property:          $0.00   Proposed Amount to Unsecured Creditors:        $0.00

　　　　Objection to Exemption of:

　　　　Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

　　　　　Object to Invoke Stay Pleading

　　　　Case Converted from Chapter 7, Bar Date Set:     5/10/2010    Date Converted from Chapter 7:

J. Required Information:   Good

K. Business Information:

L. Object to Confirmation:     Yes

　　22c fails to include all income
　　Failure to include all disposable income

M. Financial Management Class:   Debtor 1 Appeared        Debtor 2 Appeared

N. Eligibility:

　　　Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2

　　　Credit Counseling Provider Approved:                     Yes

　　　Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):        No

O. Domestic Support Obligation:        $0.00    Current:              Arrears:        $0.00

　　　Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:   Questions
　　　　　-Mr & Mrs only have 2 accounts. No business accounts?
　　　　Yes 2 accounts, and no business
　　　　　-11 USC (d)(6) used to exempt a 04 Dodge Pick Up.
　　　　Primarily used for business use
　　　　　-22c fails to include all income
　　　　　　-Should be above median income
　　　　　　-Mrs income is correct. Pension draw is correct.
　　　　　　-Mr bus income from bank statements should be $3079-Chk & $658-Sav = $3,737 not $1,741.67
　　　　　-Mrs employed? Still substitute teaching?
　　　　　　-When, where, salary, need stubs, & WW
　　　　Only 1 time since Christmas
　　　　　-Student loan debt and interest will survive bankruptcy.

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

      Objections
        -Exemptions: 11 USC (d)(6) used to exempt a 04 Dodge Pick Up -- MM said this is fine -- will not pursue
        -Feasibility until non-exempt property can be determined -- will not pursue
        -22c fails to include all income
        -Failure to include all disposable income

Dated:      2/9/2010

                                          /s/ Walter O'Cheskey

                                          Standing Bankruptcy Trustee
                                          By:      Brent Hagen

| Case Number: | 10-70013 |
|---|---|
| Debtor: | Davidson |
| Attorney: | MJW |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 2/9/2010 9:40 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| FNB of Graham | $6,547.00 | 7.50% | 60 | $131.19 | $7,871.31 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees   Paid Through the Plan | $3,169.00 | | | | $3,169.00 |
|---|---|---|---|---|---|
| Noticing Fees | $78.96 | | | | $78.96 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $3,169.00 | | | | |
| Less Noticing Fees | $78.96 | Greater Of --------> | | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $0.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $122,248.16 |
|---|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $12,345.97 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $13,200.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $854.03 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008

| | | |
|---|---|---|
| **Case Number:** | 0 | |
| **Debtor:** | 0 | |
| **Attorney:** | 0 | |
| **Presiding Officer:** | 0 | |
| **Calculation Date:** | | **2/9/2010 9:40** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007